IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALMA BULLOCK,<br><br>          Plaintiff,<br><br>v.<br><br>FOULKE MANAGEMENT CORP., et al.,<br><br>          Defendants. | CIVIL ACTION<br>NO. 14-5869 |

## ORDER

**AND NOW**, this 29th day of October 2015, upon consideration of Plaintiff's Second Amended Complaint (Doc. No. 21), Defendant's Motion to Dismiss the Second Amended Complaint (Doc. No. 23), Plaintiff's Opposition to Defendant's Motion to Dismiss (Doc. No. 25), and Defendant's Response to Plaintiff's Opposition (Doc. No. 26), and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss the Second Amended Complaint (Doc. No. 23) is **GRANTED IN PART** only to the extent that the Court will compel Plaintiff to pursue her claims in arbitration.

2. Within thirty (30) days from the date of this Order, Plaintiff may file for arbitration in accordance with the terms of the arbitration clause. If Plaintiff does not do so within the thirty (30) day period, her claims against Defendants will be dismissed. Plaintiff is **ORDERED** to notify this Court on the record whether she has pursued her claims against Defendants in arbitration within the thirty (30) day period.

3. The parties shall notify the Court within twenty-one (21) days of the issuance of an award in arbitration.

4. The Clerk of Court shall **STAY** this case pending the outcome of arbitration and place this case in **SUSPENSE**.

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky
                                                JOEL H. SLOMSKY, J.